

# MINNESOTA SECRETARY OF STATE
## ARTICLES OF ORGANIZATION FOR
## A LIMITED LIABILITY COMPANY
## MINNESOTA STATUTES CHAPTER 322B
### Filing Fee: $160.00

## READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM

1. Name of Company:  **GLYCO INTERNATIONAL, LLC**

*(The Company name must include the words Limited Liability Company or the abbreviation LLC)*

2. Registered Office Address: (P.O. Box is Unacceptable)

| 1245 Angelo Drive | Golden Valley | MN | 55422 |
|---|---|---|---|
| Complete Street Address or Rural Route and Rural Route Box Number | City | State | Zip Code |

3. Name of Registered Agent (optional):  **BRADLEY E. BAGGE**

4. Business Mailing Address: (if different from registered office address)

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

5. Desired Duration of LLC: (in years)  **(If you do not complete this item, a perpetual duration is assumed by law.)**

6. Does this LLC own, lease or have any interest in agricultural land or land capable of being farmed?
(Check One) Yes ☐ No ☒

7. Name and Address of Organizer(s):

| Name (print) | Complete Address<br>Street<br>City       State    Zip | Signature |
|---|---|---|
| BRADLEY E. BAGGE | 1245 Angelo Drive<br><br>Golden Valley, MN 55422 | *Bradley E Bagge* |
| | | |
| | | STATE OF MINNESOTA<br>DEPARTMENT OF STATE<br>**FILED**<br>MAY 19 2008   *JS* |

*Mark Ritchie*
*Secretary of State*

8. List a name, daytime phone number, and e-mail address of a person who can be contacted about this form.

BRADLEY E. BAGGE

Contact Name

bbagge @ comcast.net

E-Mail Address

(763) 588-3726

Phone Number

SCANNED
APR - 3 2012
U.S. DISTRICT COURT MPLS

**COMPLAINT**
Plaintiff's Exhibit "A"



FLEETWOOD LIVING TRUST ~ MANNATECH ORGANIZATIONAL STRUCTURE

3 Phases ~ [Oct 2003 - Current]

1st Phase ~ October 2003 thru April 2008

Page 1 of 3

BAGGE FAMILY DOWNLINE

FLEETWOOD LIVING TRUST
[dba Fleetwood Holdings]

Bagge Family Accounts

Bagge Family Accounts

Not in Use

Jonell & Craig Hermanson

HEALTHY LIVING TRUST
(Craig Hermanson, Trustee)

250 Plus Associates

Hermanson's Alter Egos

Bobbie Warden

ND Org
ND Org
ND Org

COMPLAINT
Plaintiff's Exhibit "B-1"



3 Phases ~ [Oct 2003 – Current]

FLEETWOOD LIVING TRUST ~ MANNATECH ORGANIZATIONAL STRUCTURE

Jonell & Craig Hermanson

BAGGE FAMILY
Downline

Bagge Family
Accounts

[Fleetwood Holdings]
SPEARHEAD
Technologies, LLC

[Fleetwood Holdings]
GLYCO
International, LLC

Bagge Family
Accounts

Proposed
ND Group

Proposed
ND Group

2nd Phase ~ May 2008 thru June 2009

Page 2 of 3

370 Plus
Associates

Hermanson's
Alter Egos

HEALTHY LIVING TRUST
(Craig Hermanson, Trustee)

COMPLAINT
Plaintiff's Exhibit "B-2"



FLEETWOOD LIVING TRUST ~ MANNA TECH ORGANIZATIONAL STRUCTURE

3 Phases ~ [Oct 2003 - Current]

3rd Phase ~ July 2009 thru Current

Page 3 of 3

Jonell Hermanson

HEALTHY LIVING TRUST
(Craig Hermanson, Trustee)

BAGGE FAMILY
Downline

Bagge Family
Accounts

Bagge Family
Accounts

Proposed
ND Group

Proposed
ND Group

600 Plus ??
Associates

[Fleetwood Holdings]
GLYCO
International, LLC
*Inactive Account : 2710878*

[Fleetwood Holdings]
Spearhead
Technologies, LLC
*Inactive Account : 2710884*

COMPLAINT
Plaintiff's Exhibit "B-3"

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH  45999-0023

Date of this notice:  06-23-2009

Employer Identification Number:
27-0419294

Form:  SS-4

Number of this notice:  CP 575 B

GLYCO WELLNESS
% GLYCO INTERNATIONAL GEN PTR
1245 ANGELO DR
GOLDEN VALLEY, MN  55422

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 27-0419294.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

            Form 1065                            04/15/2010

If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election*.  See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification
Election*, and elect to be classified as an association taxable as a corporation.  If
the LLC is eligible to be treated as a corporation that meets certain tests and it
will be electing S corporation status, it must timely file Form 2553, *Election by a
Small Business Corporation*.  The LLC will be treated as a corporation as of the
effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**COMPLAINT**
Plaintiff's Exhibit "C"



# Position Transfer Request

MOD 1801501 Associate Application and Agreement Form* **must** also accompany this form. Please download from Mannatech Online Documents (MOD), fill out and return with this form.

FOR OFFICE USE ONLY/
ACCOUNT NUMBER

*See instructions on Page 1.* **NOTE:** (1) Associates who submit forged signatures to Mannatech are violating state and federal laws, and may be subject to immediate termination. (2) All documents in their entirety must be received 48 hours (2 days) prior to the close of the business period (BP) to guarantee processing before close of BP.

## ① POSITION BEING TRANSFERRED

### TRANSFEROR INFORMATION
*Complete this section if the Transferor is not inactive or terminated.*

NAME

ACCOUNT NUMBER

SSN/FEDERAL ID NUMBER

E-MAIL ADDRESS

DAYTIME PHONE NUMBER

### SIGNATURES

I hereby transfer my position in the Mannatech Incorporated Career and Compensation Plan and understand I am responsible for all applicable taxes due on commissions paid for this position to date.

ASSOCIATE _____ DATE _____

EXECUTOR OF ESTATE _____ DATE _____
*Required if transferor is deceased.*

### INACTIVE/TERMINATED TRANSFEROR INFORMATION
*Complete this section if the position being transferred is held by an inactive or terminated Associate.*

Betty Grinager
ASSOCIATE NAME
ID 82010
ACCOUNT NUMBER
Healthy Living Trust
ENROLLER NAME (OR IF TERMINATED, FIRST UPLINE PRESIDENTIAL)
cherm@frontiernet.net
E-MAIL ADDRESS
320-855-2284
DAYTIME PHONE NUMBER

If the position has not renewed and has no orders placed by the original owner, the Enroller can authorize the transfer of the position to a new Associate. If the Enroller is inactive/terminated, their first upline Presidential must sign and provide contact information.

728906
ACCOUNT NUMBER
Healthy Living Trust-Ceg Neuman Tustee
ENROLLER                                    6-23-09
                                            DATE
FIRST UPLINE PRESIDENTIAL
*Required if Enroller is terminated or if the active Enroller is above the first upline Presidential.*

## ② TRANSFER POSITION TO

### TRANSFEREE INFORMATION

Glyco Wellness
TRANSFEREE NAME
27-0419294
SSN/FEDERAL ID NUMBER
bbagge@comcast.net
E-MAIL ADDRESS
763-588-3726
DAYTIME PHONE NUMBER

### SIGNATURES

In accepting this transfer into the Mannatech Incorporated Career & Compensation Plan, I understand I am responsible for all applicable taxes due on commissions earned from this date forward.

Glyco Wellness
by Bradley E Bagge (Managing member)
Bradli EBagge, 6-23-09
TRANSFEREE                              DATE

## PAYMENT INFORMATION—CREDIT CARD ONLY

**PLEASE COMPLETE ALL INFORMATION BELOW AND AT RIGHT.**

| | |
|---|---|
| Position Transfer Cost* | **$75.00** |
| State & Local Sales Tax | $ 4.87 |
| Total Amount Due | $ 79.87 |

*No fee will be assessed if change is due to Mannatech error.

☐ CASH   ☐ MONEY ORDER   ☐ CHECK NO.*_____
☑ VISA®   ☐ MASTERCARD®   ☐ DISCOVER®   ☐ AMERICAN EXPRESS®

**NOTE:** For your protection, Mannatech reserves the right to hold credit card orders for address verification. Declined credit card orders will be held for authorization for 10 business days. If we are unable to obtain an authorization we will cancel the order.

CREDIT CARD NUMBER
4 6 6 1 | 3 5 0 3 | 7 1 ■ ■ | ■ ■ ■ ■

EXP. DATE 0 2 - 1 1

X _____   6-23-09
ACCOUNT HOLDER SIGNATURE        DATE
Craig Hermanson
ACCOUNT HOLDER NAME PRINTED
1062 365th Ave Boyd MN 56218
ACCOUNT HOLDER BILLING ADDRESS

**Mail to: Mannatech Inc., 600 S. Royal Ln., Suite 200, Coppell, TX 75019, or Fax to 972-471-7472**

# Mannatech Application Form—Associate

Enrique/endo la Calidad de •

## 1 Join the Mannatech Family

Is the applicant over the age of 18? ☐ Yes ☐ No
If the applicant is under the age of 18, complete and return MOD 1802001
Letter of Consent for Minor Children with the application.

### Choose your Associate Pack* (Please check only one)

*See instructions page of this form for details of these packs.

### Shipping & Handling
☐ Premium—$20.00
☐ NEXT DAY AIR—$30.00
☑ Basic/Assoc. Reg. PRIORITY—$12.76
☐ NEXT DAY AIR—$22.50

| | RETAIL PRICE | WHOLESALE PRICE | QTY | TOTAL |
|---|---|---|---|---|
| | | | | |

Applicant Pack Option Cost → 99.00
State & Local Sales Tax % → 6.45
Shipping & Handling → 12.75

TOTAL AMOUNT DUE WITH APPLICATION = 118.18

## ■ Yes, I want to save 10%!
Please bill and ship my Automatic order beginning

### 3 Automatic Order
SINGLE PRODUCT ORDER ONLY
FILL IN YOUR CHOICE OF ONE FREE PRODUCT. SEE PAGE 1 - AUTO ORDER TERMS AND CONDITIONS

FREE

*AUTOMATIC ORDER 10% DISCOUNT
State & Local Sales Tax. RETAIL TOTAL:
% X
Shipping & Handling
(minimum $6.99)

YOUR AUTOMATIC ORDER TOTAL:=

## SPONSOR INFORMATION

MUST BE FILLED OUT PRIOR TO SUBMISSION TO MANNATECH.
☐ ACCOUNT NUMBER
☐ U.S. SSN OR FED. ID. NUMBER

LAST NAME: Heilly
FIRST NAME: Trust

ACCOUNT NUMBER: 7 2 8 9 0 6
COUNTRY: USA

## ENROLLER INFORMATION

☑ U.S. SSN OR FED. ID. NUMBER

LAST NAME: Heilly
FIRST NAME: Trust

TELEPHONE DAYTIME: 3 2 0 - 8 5 5 - 5 2 8 4
COUNTRY: USA

ACCOUNT NUMBER: 7 2 8 9 0 6

## 4 Payment Information

☐ CASH ☐ MONEY ORDER ☐ CHECK NO.___
☐ VISA ☐ MASTERCARD ☐ DISCOVER ☐ AMERICAN EXPRESS

CREDIT CARD NUMBER: 4 6 6 1 3 5 0 3 7 1 3 1
EXP. DATE: 0 2 - 1 1

X Craig Hermansson
ACCOUNTHOLDER SIGNATURE    DATE 6-23-09

ACCOUNTHOLDER NAME PRINTED: Craig Hermansson
ACCOUNTHOLDER BILLING ADDRESS: 1062 365 th Ave Boyd WN 5682

## 2 Associate Information
FOR OFFICE USE ONLY / ACCOUNT NUMBER

TAX I.D. NUMBER: 2 7 0 4 1 9 2 5 4

LAST NAME: Braae
FIRST NAME: Brady

BUSINESS NAME: Angelo Wellness
STREET ADDRESS: 6 1 4 6 Angelo Drive
CITY: Braae
STATE: WI
ZIP: 5 5 4 2 2
EVENING TELEPHONE: 7 6 3 - 5 8 8 - 3 7 2 6
E-MAIL ADDRESS: braae@comcast.net

## Authorization
By signing below I apply to become an Associate with Mannatech, Incorporated, and agree to abide by the terms and conditions as stated on page three of this document.

X Brady E Braae
SIGNATURE OF APPLICANT    DATE 6-23-09

I grant permission for the minor applicant named above to participate jointly with me as an Independent Associate. (This statement applies to minor applicant only).

X
SIGNATURE OF COAPPLICANT    DATE

© 2009 Mannatech, Incorporated

COMPLAINT
Plaintiff's Exhibit "D-2"

# Mannatech. Application Form—U.S. Associate Terms and Conditions

En qu-eciende la Calidad de v.

1. Upon acceptance of this application by Mannatech, Incorporated ("Mannatech" or "Company") and the issuance of an account number, I am authorized to act as an Associate as of the date of this Associate Application & Agreement. The term of this agreement is one year.

2. As an Independent Associate, I must submit a valid tax identification number (or its equivalent) before being issued a Company Account Number.

   The Company is not responsible for withholding and shall not withhold or deduct from my bonuses and commissions, if any, FICA or taxes of any kind unless such withholding becomes legally required. I agree to pay all sales tax collection agreements between the Company and the appropriate taxing jurisdictions, and all related rules and procedures.

3. I understand that as an Independent Associate:

   a. I have the right to purchase products and services from the Company at Associate cost.

   b. I have the right to offer for sale Mannatech products and services in accordance with these Terms and Conditions.

   c. I have the right to register persons in Mannatech.

   d. I am an independent contractor and not an employee, sales agent, partner, legal representative of the Company. I agree to and will not incur any debt, expense or obligation or open any checking account on behalf of, for, or in the name of the Company. I agree that I will be solely responsible for paying all expenses that I may incur, including but not limited to: travel, food, lodging, secretarial, office, long distance telephone and other expenses. I UNDERSTAND THAT I SHALL BE TREATED AS AN INDEPENDENT CONTRACTOR OF MANNATECH FOR ALL PURPOSES, INCLUDING FEDERAL AND STATE TAX PURPOSES.

4. I will develop and service personal customers as stated in the Mannatech Compensation Plan. I will use the Retail Sales Invoice (Mannatech Online Document 1805501) provided by the merchant, buyer's right to cancel statement (shall contain the name and address of the merchant, buyer's right to cancel statement) and receipt notice and invoice, and Mannatech products. I understand that I must keep accurate records of retail sales and that the Company may periodically ask me to provide documentation of such sales to the Company.

5. I will use only the sales comments and order forms that are provided by the Company for the resale of its products, and I will follow all policies and procedures established by the Company for the completion and processing of such contracts and orders.

6. I will use only Company-approved promotional materials when representing the Company, offering the business opportunity, compensation plan, training other Associates and/or making representations as to the products. I agree to present the Mannatech Compensation Plan and Mannatech products and services, as set forth in official Company literature. I will make no claims, statements, disclosures, representations or claims regarding potential income, earnings, products or services that are not limited in the Company's literature in earnest selling the products or in meeting with prospective Associates.

7. In order to be eligible to receive bonuses and commissions, I will order only enough products for a four-week period to reasonably fill my needs and/or I will resell at least 70% of all products or services that I purchased from Mannatech. All products purchased will be for sale or for use by an end-consumer, and I will not purchase any products or services solely for the purpose of qualifying for incentive, commissions or bonuses.

8. If I fail to annually renew my Mannatech Associateship, I understand that I will lose certain rights as an Independent Associate, including rights to my downline organization, bonuses and commissions pursuant to the Mannatech Compensation Plan until such

---

time that I have renewed my position in accordance with the terms of the then-current Compensation Plan.

4. I may not assign any rights or delegate my duties under this Agreement, and any prior written consent of the Company. Any attempt to transfer or assign this Agreement without the express written consent of the Company renders this Agreement voidable at the option of the Company and may result in termination of this Agreement.

5. I will comply with all federal, state, county and municipal laws, ordinances, rules and regulations and will make all reports and remit all withholdings or other deductions as may be required by any federal, state, county or municipal laws, ordinances, rule or regulation.

6. This Associate Application & Agreement, inclusive of the Associate Policies and Procedures and Mannatech Compensation Plan ("Agreement"), constitutes the entire contract between Mannatech and the Associate. Any representations, offers or other information that are not expressly set forth in this agreement are of no force or effect. To the extent of any conflict between this Agreement and any other agreement (other than the Policies and Procedures), this Associate Application and Agreement shall supersede and prevail over any and all of the matters addressed herein. To the extent of any conflict or inconsistency between this Agreement and the Policies and Procedures (in their current form or as subsequently modified), the Policies and Procedures shall in all instances supersede and prevail over any term of this Agreement as to the matters addressed herein.

7. I agree to carefully READ and COMPLY with the Mannatech Associate Policies and Procedures and the Mannatech Compensation Plan, both of which are incorporated and made a part of this Agreement. I understand that these terms and conditions of Mannatech Policies and Procedures or the Mannatech Compensation Plan (all of which are collectively referred to as this "Agreement") may be amended from time to time, and I agree that any revisions or amendments shall become binding for me upon the publication of such revisions on Mannatech Online Documents or are otherwise announced in any Company communication. The continuation of my Mannatech Associateship or my acceptance of bonuses or commissions shall constitute my acknowledgement of my agreement, and any and all amendments. I understand that I must fulfill my good standing, and do not violate any Procedures, plan, or presentation of the Mannatech Associate or any term or condition in this Agreement or my Mannatech business. I understand that I shall control this matter and not mine to any commissions from Mannatech business subject to my compliance with this Agreement. In the event that a provision of this Agreement is held to be invalid or unenforceable, such provision shall be reformed only to the extent necessary to make it enforceable and the balance of the Agreement will remain in full force and effect.

8. To the extent permitted by law, the Company, its directors, officers, shareholders, employees, assigns and agents (collectively referred to as "affiliates") shall not be liable for, and I release the Company and its affiliates from any and all claims for any loss of profits, indirect, direct, special or consequential damages or any other loss incurred or suffered by me as a result of, (a) my breach of this Agreement or the Mannatech Policies and Procedures, (b) my promotion or operation of a Mannatech business, (c) the operation of a motor vehicle, the lease of meeting or training facilities, etc., (d) any incorrect or wrong data or information provided by me, or (e) my failure to provide any information or data necessary for Mannatech to operate its business including without limitation, my registration and acceptance into the Mannatech Compensation Plan or the payment of commissions or bonuses. I agree that the entire liability of the Company and its affiliates for any reason whatsoever based on the relationship between me and the Company, including but not limited to any cause of action in contract, tort of equity, shall not exceed and shall be limited to any liability or any breach of this Agreement. The Company under this Agreement or any other agreement to which I am a party.

9. This Agreement will be governed by and construed in accordance with the laws of the State of Texas. Except as set forth in the Mannatech Policies and Procedures, all disputes

---

and claims relating to this Agreement, the Company, the Application or the products and services, the rights and obligations of an independent Associate or the Company under other agreement, shall be settled totally and finally by arbitration in Dallas, Texas, pursuant to the then-current rules of the Commercial Arbitration, in accordance with the Federal Arbitration Act and the Commercial Arbitration rules of the American Arbitration Association. If an Associate files a claim or counterclaim against the Company, an Associate shall do so on an individual basis and not with any other Associates or as part of a class action. The decision of the arbitrator shall be final and binding on the parties and may, if need be, be reduced to a judgment in any court of competent jurisdiction. This Agreement to arbitrate shall survive any termination or expiration of this Agreement.

## Notice of Cancellation

You, the buyer, may CANCEL this transaction, without any penalty or obligation, at any time prior to midnight of the THIRD BUSINESS DAY after the date of this transaction.

If you cancel, any property traded in, any payments made by you under this contract or sale, and any negotiable instrument executed by you will be returned within TEN BUSINESS DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled. If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale, or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk. If you do make the goods available to the seller and the seller does not pick them up within twenty days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance for all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, to the address in this contract NOT LATER THAN MIDNIGHT of the Third Business Day after the date of this transaction. You must give notice of cancellation by a method that will allow you to prove the time given, including registered mail, by a certified record or by personal delivery.

By signing below, you agree that you have read and understand this statements above and the requirements of Mannatech regarding accuracy of representations regarding the products, the Policies and Procedures and Mannatech Compensation Plan ("Agreement").

X _____   DATE 6-23-09

SIGNATURE OF APPLICANT

X _____

SIGNATURE OF CO-APPLICANT

---

© 2009 Mannatech, Incorporated

Mannatech, Incorporated
600 S. Royal Ln., Suite 200
Coppell, TX 75019
972-471-7100
mannatech.com

1801501.01/1509.Page 3 of 3

FOR OFFICE USE ONLY
ACCOUNT NUMBER

**COMPLAINT**

**Plaintiff's Exhibit "D-3"**

05/07/2010 13:46  FAX 7012238363          VIV GWIN                    ☑01

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH  45999-0023

                                          Date of this notice:  04-13-2010

                                          Employer Identification Number:
                                          27-233████

                                          Form:  SS-4

                                          Number of this notice:  CP 575 B

GLYCO INTERNATIONAL LLC
DUANE BYE MBR
815 W CENTRAL AVE                         For assistance you may call us at:
BISMARCK, ND  58501                       1-800-829-4933

                                          IF YOU WRITE, ATTACH THE
                                          STUB AT THE END OF THIS NOTICE.


                    WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

       Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 27-233████.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

       When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

       Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

                    Form 1065                    04/15/2011

       If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

       We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election*.  See Form 8832 and its instructions for additional information.

       A limited liability company (LLC) may file Form 8832, *Entity Classification
Election*, and elect to be classified as an association taxable as a corporation.  If
the LLC is eligible to be treated as a corporation that meets certain tests and it
will be electing S corporation status, it must timely file Form 2553, *Election by a
Small Business Corporation*.  The LLC will be treated as a corporation as of the
effective date of the S corporation election and does not need to file Form 8832.

       To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.


                              FILE


                                          MAY 07 2010


                    COMPLAINT
                 Plaintiff's Exhibit "E"